## WILLIAMS v. STATE.
### No. 26272.

Court of Criminal Appeals of Texas.
Feb. 18, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Judge.

Upon a trial before the court, a jury being waived, appellant was adjudged guilty and fined $100 for the offense of driving while intoxicated.

The record contains no statement of facts and no bills of exception and the proceedings are regular.

The judgment is affirmed.

## GARCIA v. STATE.
### No. 26273.

Court of Criminal Appeals of Texas.
Feb. 18, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

The offense is the driving while intoxicated upon a public highway, with punishment assessed at a fine of $100.

The record before us contains no statement of facts and no bills of exception. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the court.